**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks      Date: December 7, 2007
Court Reporter: Janet Coppock             Time: 11 minutes
Probation Officer: n/a                    Interpreter: n/a

---

## CASE NO.  07-CR-00217-WDM

Parties                                   Counsel

**UNITED STATES OF AMERICA,**             David Conner
                                            for Gregory Holloway

      Plaintiff,

vs.

**JOSE GUADALUPE CALDERA,**               Ron Gainor

      Defendant.

---

### HEARING ON MOTION TO CONTINUE TRIAL

---

**9:14 a.m.      COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Defendant's Unopposed Motion for Ends of Justice Continuance (Doc #20), filed
11/29/07.

Comments by Mr. Gainor in support of defendant's motion.

Comments by Mr. Conner advising of no objection to a continuance.

Discussion regarding time needed to be prepared to proceed and speedy trial deadlines.

Court concludes that the ends of justice served by excluding **up to and including January 18, 2008** from the speedy trial calculations outweigh the best interest of the public and the defendants in a speedy trial. Given the circumstances of defense counsel's late entry and need to review the discovery in this case, that to require defendant to go to trial within the established speedy trial deadline would be unreasonable, taking into account due diligence.

**ORDERED:**  Defendant's Unopposed Motion for Ends of Justice Continuance (Doc #20), filed 11/29/07 is **GRANTED.**  Trial scheduled for December 10, 2007 is **VACATED.**

**ORDERED:**  Counsel directed to chambers to schedule a status conference no later than January 21, 2008.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**9:25 a.m.     COURT IN RECESS**

**Total in court time:          11 minutes**

**Hearing concluded**