# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks        Date: April 22, 2008
Court Reporter: Janet Coppock                Time: 36 minutes
Probation Officer: Tom Destito               Interpreter: n/a

## CASE NO.  07-CR-00217-WDM

Parties                                      Counsel

**UNITED STATES OF AMERICA,**                Gregory Holloway

      Plaintiff,

vs.

**JOSE GUADALUPE CALDERA,**                  Ron Gainor

      Defendant.

## SENTENCING

 **11:07 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Comments by Mr. Holloway in support of Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #33), filed 4/16/08.

Mr. Gainor addresses defendant's objections to the presentence investigation report and sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #33), filed 4/16/08 is **GRANTED**.

Defendant entered his plea on **February 19, 2008** to count **One of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**TOTAL OFFENSE LEVEL:** 21
**CRIMINAL HISTORY CATEGORY:** IV

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 57 to 71 months | 57 months |
| **Supervised Release** | 2 to 3 years | 3 years |
| **Probation** | Not eligible | Not recommended |
| **Fine** | $7,500 to $75,000 | Not recommended |
| **Special Assessment** | $100 | $100 |

### Restitution

It is recommended that the defendant be ordered to make restitution to Peak National Bank in the amount of $9,040.00

### Community Service

Community service is not recommended in this case.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **23** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado** RECOMMENDS that he be allowed to participate in a Residential Drug Abuse Program (**RDAP**).

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of Supervised Release that:

(**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(**X**)   Defendant shall not commit another federal, state or local crime.

(**X**)   Defendant shall not illegally possess controlled substances.

(**X**)   Defendant shall not possess a firearm or destructive device.

(**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.

(**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

(  )   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED:** **Special Condition** of Supervised Release that:

    (**X**)    If not already done, defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

    (**X**)    Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

    (**X**)    Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

    (**X**)    Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

    (**X**)    Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Defendant shall make **restitution** as follows: Payable to Clerk, United States District Court, 901 19th Street, Denver, CO 80294.

    $ **9,040.00**    to    **Peak National Bank**
                                       **Attn: Roger Jordan, Bice President**
                                       **26679 Pleasant Park Road**
                                       **Conifer, Colorado 80433**

It is recommended that restitution be ordered jointly and severally with the following defendants:

    Quinn Allison Guytan               06-cr-00394-MSK           $9,040.00

Robert Phillip Pierce          06-cr-00394-MSK          $9,040.00

Page Five
07-CR-00217-WDM
April 22, 2008

Restitution shall be paid in equal monthly installments of not less than **$100.00** during term of supervised release. Interest on unpaid restitution is WAIVED because the defendant does not have the ability to pay.

**ORDERED:**  Government's Motion for Acceptance of Responsibility is **GRANTED.**

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**11:43 a.m.     COURT IN RECESS**

**Total in court time:        36 minutes**

**Hearing concluded**