## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Criminal Action No. 1:07-CR-00217-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE GUADALUPE CALDERA,

        Defendant.

---

## ORDER TO QUASH PETITION FOR ISSUANCE OF SUMMONS DUE TO VIOLATIONS OF SUPERVISED RELEASE

---

THIS MATTER is before the Court upon request by the probation officer to dismiss supervised release violation proceedings in this case.  The violation proceedings were initiated due to Defendant Caldera being charged with First Degree Trespass (Class 5 Felony) in Jefferson County District Court.  On November 15, 2012, the Defendant appeared in Jefferson County District Court, Case Number 2012CR2288 and pled guilty to a lesser charge of Second Degree Trespass of an Enclosed Property (Class 3 Misdemeanor).  This violation is a Grade C violation, which is less severe than the Grade B violation alleged in the original petition.  The Court, having been advised in the facts and premises of the above case, it is hereby

ORDERED that the Petition for Issuance of Summons Due to Violation of Supervised Release, dated the 4th day of September, 2012, is DISMISSED and the Summons quashed. It is

FURTHER ORDERED that Defendant Caldera's term of supervised release is terminated.

DATED at Denver, Colorado, this  28th  day of November, 2012.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge